DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FINANCIAL SERVICES VEHICLE TRUST,**
Appellant,

v.

**MELANIE GARCIA,**
Appellee.

No. 4D21-153

[May 13, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence Taylor Barner, Judge; L.T. Case Nos. COCE16-011616 and 2018AP023596AXX.

Stephanie G. Brito of Goldstein Attorneys at Law, Fort Lauderdale, for appellant.

Sarah Lahlou-Amine, DeeAnn J. McLemore and Charles W. Hall of Banker Lopez Gassler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***